```
       IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF TEXAS
              CORPUS CHRISTI DIVISION
```

JOE REYES GONZALEZ,                §
                                   §
     Plaintiff,                    §    Civil Action
                                   §    No. C-07-222
v.                                 §
                                   §
TRANS UNION LLC,                   §
                                   §
     Defendant.                    §

### ORDER

On this day the Court held a telephone conference in the above-styled action.  At that conference, the Court ORDERED that Plaintiff Joe Reyes Gonzalez must pay the required $350 filing fee in this case by Wednesday, June 6, 2007, at 12:00 PM.  If Plaintiff Gonzalez does not pay the filing fee by the deadline set forth above, Plaintiff Gonzalez' case against Defendant Trans Union LLC may be DISMISSED.[1]

SIGNED and ENTERED this 5th day of June, 2007.

_____
            Janis Graham Jack
      United States District Judge

---

[1] The Court notes that in the May 14, 2007 Order severing this case from the case of <u>Barrett v. Trans Union LLC</u> (Case No. 06-291) the Court ORDERED "that Plaintiff Joe Reyes Gonzalez shall pay a new filing fee for the newly severed case against Trans Union LLC."  (Case No. 07-222, D.E. 29).  However, as of June 5, 2007, Plaintiff Gonzalez still had not paid the required filing fee.