IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOE REYES GONZALEZ, | § | |
| | § | |
| Plaintiff, | § | Civil Action |
| | § | No. C-07-222 |
| v. | § | |
| | § | |
| TRANS UNION LLC, | § | |
| | § | |
| Defendant. | § | |

### ORDER

On this day came on to be considered the parties' motion to dismiss the above-styled action (D.E. 31). Specifically, the parties have filed a stipulation of dismissal with prejudice, stating that "[t]here are no longer any issues in this matter between Joe Reyes Gonzalez and Trans Union LLC to be determined by this Court." The Court hereby GRANTS the parties' motion to dismiss, and the above-styled action is hereby DISMISSED in its entirety.

SIGNED and ENTERED this 9th day of August, 2007.

_____
Janis Graham Jack
United States District Judge